UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,         :

    -against-                     :        Hon. William H. Walls

                                     :        Cr. No. 12-00315 (WHW)

OLIVER CASTILLO-MEJIA,            :

    Defendant.                       :

## CONSENT ORDER TO CONTINUE SENTENCE

This matter having been opened to the Court on July 23, 2012, by David J. Goldstein, Esq., and the Government, by Assistant United States Attorney, Joseph Shumofsky, having consented to the adjournment of sentence,

IT IS HEREBY ORDERED, that the sentencing in the captioned matter, currently scheduled for August 14, 2012, is hereby adjourned until the 11 day of September, 2012.

Dated this 1 day
of July, 2012

_____
HON. WILLIAM H. WALLS
United States District Judge